**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MEEHAN, KEVIN M.   §<br>MEEHAN, JUDITH A.   §<br>   §<br>Debtor(s)   § | Case No. 09-35891 |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH R. VOILAND                        , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   Northern District of Illinois
   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00am on 02/10/2011 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/21/2010          By:  JOSEPH R. VOILAND
                                                    Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MEEHAN, KEVIN M. § Case No. 09-35891
MEEHAN, JUDITH A. §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $ 5,001.58

*and approved disbursements of*  $ 750.00

*leaving a balance on hand of* [1]  $ 4,251.58

**Balance on hand:**  $ 4,251.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 4,251.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 1,250.16 | 0.00 | 1,250.16 |
| Trustee, Expenses - JOSEPH R. VOILAND | 56.40 | 0.00 | 56.40 |

Total to be paid for chapter 7 administration expenses:  $ 1,306.56
Remaining balance:  $ 2,945.02

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $         0.00
Remaining balance:     $     2,945.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:     $         0.00
Remaining balance:     $     2,945.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 112,796.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 19,550.17 | 0.00 | 510.44 |
| 2 | Discover Bank | 3,356.89 | 0.00 | 87.65 |
| 3 | Chase Bank USA, N.A. | 20,346.83 | 0.00 | 531.24 |
| 4 | Chase Bank USA, N.A. | 224.49 | 0.00 | 5.86 |
| 5 | Chase Bank USA,N.A | 1,076.17 | 0.00 | 28.10 |
| 6 | Chase Bank USA,N.A | 401.28 | 0.00 | 10.48 |
| 7 | GE Money Bank | 252.01 | 0.00 | 6.58 |
| 8 | GE Money Bank | 96.85 | 0.00 | 2.53 |
| 9 | U.S. Bank N.A. | 296.56 | 0.00 | 7.74 |
| 10 | U.S. Bank N.A. | 3,520.89 | 0.00 | 91.93 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | U.S. Bank N.A. | 14,673.08 | 0.00 | 383.10 |
| 12 | Brazos/US Bank Natnl | 12,601.17 | 0.00 | 329.01 |
| 13 | United States Department of Education | 6,329.76 | 0.00 | 165.26 |
| 14 | Fia Card Services, NA/Bank of America | 5,990.02 | 0.00 | 156.39 |
| 15 | Fia Card Services, NA/Bank of America | 24,079.91 | 0.00 | 628.71 |

Total to be paid for timely general unsecured claims: $ 2,945.02
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers              Page 1 of 1          Date Rcvd: Jan 10, 2011
Case: 09-35891                Form ID: pdf006             Total Noticed: 29

The following entities were noticed by first class mail on Jan 12, 2011.
db/jdb         +Kevin M. Meehan,    Judith A. Meehan,    381 Colonial Circle,    Geneva, IL 60134-3641
aty            +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
tr             +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
14503860       +AT&T Universal Card,    Processing Center,    Des Moines, IA 50363-0001
14503859        American Education Services,    Harrisburg, PA 17130-0001
14503861        Bank of America,    POB 15019,    Wilmington, DE 19886-5019
16261126       +Brazos/US Bank Natnl,    AES/PHEAA,    PO Box 8183,    Harrisburg, PA 17105-8183
14503862        Chase - Cardmember Service,    POB 15153,    Wilmington, DE 19886-5153
14503863        Chase - Cardmember Service,    POB 15325,    Wilmington, DE 19886-5325
15995156        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16044098       +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14503864        Citi Business Card,    POB 688901,    Des Moines, IA 50368-8901
14503865       +Coleman Management Co.,    703 E. Main St.,    POB 4000,    Saint Charles, IL 60174-9083
14503866        Countrywide Home Loans,    POB 5170,    Simi Valley, CA 93062-5170
14503868       +For Every Season,    Berry House Shops,    227 S. 3rd St.,    Geneva, IL 60134-2782
14503870        Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
14503871       +Kevin M. Fee, DDS, PC,    19 s. 4th St.,    Geneva, IL 60134-2191
14503872        Kirkland's,    POB 960003,    Orlando, FL 32896-0003
14503874        U.S. Department of Education,    POB 530260,    Atlanta, GA 30353-0260
16153657      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
14503875      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,    POB 1800,    Saint Paul, MN 55101-0800)
14503876      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,    POB 790408,    Saint Louis, MO 63179-0408)
16287338        United States Department of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
                 Greenville, TX 75403-5609

The following entities were noticed by electronic transmission on Jan 10, 2011.
14503867        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 11 2011 00:41:20     Discover,    POB 6103,
                 Carol Stream, IL 60197-6103
15956073        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 11 2011 00:41:20     Discover Bank,
                 Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
16370211        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2011 00:39:57
                 Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                 Oklahoma City, OK 73124-8809
16134702        E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2011 00:33:45     GE Money Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14503869        E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2011 00:33:45     Gap,    POB 530942,
                 Atlanta, GA 30353-0942
14503873        E-mail/PDF: cr-bankruptcy@kohls.com Jan 11 2011 00:29:52     Kohl's,    Bill Payment Center,
                 POB 2983,    Milwaukee, WI 53201-2983
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16117677*      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16189090*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2011**                    **Signature:**    *Joseph Speetjens*